AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **8:26-cv-2943**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **CITY OF LAKELAND, FLORIDA, a Florida municipal corporation** was received by me on **10/06/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLIANT AND DEMAND FOR JURY TRIAL** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Alex Landback**, who is designated by law to accept service of process on behalf of **CITY OF LAKELAND, FLORIDA, a Florida municipal corporation** at **228 S Massachusetts Ave, Lakeland, FL 33801-5012** on **10/07/2026 at 3:19 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date: 10/07/2026

Jaqueila McNeil

*Server's signature*

**Jaqueila Mcneil**

*Printed name and title*

**7360 Ibis Drive**
**Lakeland, FL 33810**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLIANT AND DEMAND FOR JURY TRIAL, to Alex Landback who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**

Tracking #: **0245209139**